UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
JOHN JUSTIN JAMES,              )
                                )   1:08-CV-01943 OWW GSA
                                )
            Plaintiff,          )
                                )
      v.                        )   ORDER DISMISSING DEFENDANT
                                )   MICHAEL B. KIME
MICHAEL B. KIME,                )
                                )
                                )
            Defendant.          )
                                )
_____)
```

Pursuant to the notice of stipulated dismissal as to defendant Michael B. Kime filed pursuant to FRCvP 41(a)(1),

IT IS HEREBY ORDERED that defendant MICHAEL B. KIME is dismissed without prejudice.  Each party to this dismissal is to bear their own costs.

IT IS SO ORDERED.

**Dated:   January 23, 2009**                 **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE

1