Rosemary T. McGuire, Esq.   Bar No. 172549
Erica M. Camarena, Esq.      Bar No. 227981

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, City of Madera, Officer Shant Sheklanian
Officer Jason Gutknecht

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JUSTIN JAMES,<br><br>Plaintiff,<br><br>vs.<br><br>SHANT SHEKLANIAN, JASON GUTKNECHT, MICHAEL B. KIME, CITY OF MADERA, and DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | CASE NO.  1:08-CV-01943-OWW-GSA<br><br>**STIPULATION AND ORDER MODIFYING SCHEDULING ORDER AND EXTENDING EXPERT DISCLOSURE DATES**<br><br>Trial Date: April 20, 2010 |

The parties, through their respective counsel, have conferred and hereby stipulate to extend expert disclosure dates as follows:

**Expert Disclosure:** August 7, 2009 - extend to **October 16, 2009.**

**Supplemental Expert Disclosure:** September 11, 2009 - extend to **October 30, 2009.**

All other dates remain as set forth in the Scheduling Order.

DATED: July 24, 2009

WEAKLEY, ARENDT & McGUIRE, LLP

By:   /s/ Rosemary T. McGuire
Rosemary T. McGuire
Attorneys for Defendants

Stipulation & Order Modifying Scheduling Order

1
2   DATED: July 24, 2009
                                                    THE DANIEL HARRALSON LAW FIRM
3
4                                           By:    /s/ Daniel Harralson
                                                   Daniel Harralson
5                                                  Attorney for Plaintiff
6
7
8
9   IT IS SO ORDERED.
10  **Dated:   July 27, 2009**                      **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28