1  Rosemary T. McGuire, Esq.  Bar No. 172549

2  WEAKLEY, ARENDT & McGUIRE, LLP
   1630 East Shaw Avenue, Suite 176
3        Fresno, California  93710
         Telephone: (559) 221-5256
4        Facsimile:  (559) 221-5262

5  Attorneys for Defendants, City of Madera, Officer Shant Sheklanian
       Officer Jason Gutknecht

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN JUSTIN JAMES,<br><br>　　　　Plaintiff,<br><br>　　　vs.<br><br>SHANT SHEKLANIAN, JASON GUTKNECHT, MICHAEL B. KIME, CITY OF MADERA, and DOES 1 THROUGH 100, INCLUSIVE,<br><br>　　　　Defendants.<br>_____ | CASE NO. 1:08-CV-01943-OWW-GSA<br><br>**ORDER GRANTING DEFENDANTS CITY OF MADERA AND OFFICER JASON GUTKNECHT'S MOTION FOR SUMMARY JUDGMENT**<br><br><br><br>Complaint Filed: 12/17/08<br>Trial Date: April 20, 2010 |

Defendants CITY OF MADERA and OFFICER JASON GUTKNECHT'S motion for summary judgment came on for hearing on December 8, 2009.  The motion was originally scheduled for hearing on February 8, 2010, however, plaintiff was granted a continuance to accommodate counsel's staffing problems.  Plaintiff failed to file any opposition to the motion or request a further continuance.

Defendants CITY OF MADERA and OFFICER JASON GUTKNECHT'S were represented at the hearing by Rosemary T. McGuire.  Plaintiff's counsel, Dan Harralson, did not appear at the hearing.

///

///

---

Order Granting Defendants'
Motion for Summary Judgment

After reviewing the papers submitted by defendants, and receiving no opposition from plaintiff, the court orders that the motion is granted and OFFICER JASON GUTKNECHT and the CITY OF MADERA are dismissed from this lawsuit.

IT IS SO ORDERED.

**Dated:   March 17, 2010**              /s/ Oliver W. Wanger
                                                                 UNITED STATES DISTRICT JUDGE