1

**Daniel L. Harralson, Esq., #109322**
Daniel L. Harralson Law Corporation
2   Post Office Box 26688
Fresno, California 93729-6688
3   Telephone (559) 486-4560
Facsimile (559) 486-4320
4

Attorney for Plaintiff:        JOHN JUSTIN JAMES
5

6

7

8                                    **IN THE UNITED STATES DISTRICT COURT**

9                                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11

| | |
|---|---|
| 12   JOHN JUSTIN JAMES, | ) Case No. 1: 08cv01943 OWW-GSA |
| | ) |
| 13               Plaintiff, | ) **AMENDED STIPULATION TO CONTINUE** |
| | ) **PRETRIAL  CONFERENCE AND ORDER** |
| 14               vs. | ) **THEREON** |
| | ) |
| 15   SHANT SHEKLANIAN, JASON GUTKNECHT, | ) |
| CITY OF MADERA and DOES 1 through 100, | ) **Hearing Date: March 22, 2010** |
| 16   inclusive, | ) **Time: 9:00 am** |
| | ) **Courtroom: Honorable Judge Oliver Wanger** |
| 17               Defendants. | ) |
| | ) |
| 18 | Complaint Filed: 12/17/08 |
| | Trial: 4/20/10 |
| 19 | |

20        **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

21   attorneys of record, that the Pre Trial Conference in the above captioned matter now set for March 22,

22   2010 at 11:00 am, **may be continued to March 29, 2010 at 11:00 am.**

23        The continuance is requested by counsel for Plaintiff, JOHN JUSTIN JAMES as Attorney Daniel

24   L. Harralson is currently involved in a week long Preliminary Hearing in the matter of People v. Daniel

25   Duran.  The Prelim  in that matter will resume on Monday, March 22, 2010 at 8:30 am and continue

26   for the remainder of the week.

27

28

1    DATED: March 19, 2010          Respectfully Submitted,

2                                   **DANIEL L.  HARRALSON LAW CORPORATION**

3

4

5                                        /s/  daniel harralson
                                     DANIEL L. HARRALSON
6                                    Attorney for Plaintiff

7

8

9    DATED: March 19, 2010          **WEAKLY, ARENDT & McGUIRE, LLP**

10

11

12                                       /s/
                                     Rosemary T. McGuire
13                                   Attorney for Defendant

14

15

16

17   IT IS SO ORDERED.

18       Dated:   **March 22, 2010**              **/s/ Oliver W. Wanger**
19                                         UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28
                                                                                2