1  Rosemary T. McGuire, Esq.   Bar No.  172549

2  WEAKLEY, ARENDT & McGUIRE, LLP
   1630 East Shaw Avenue, Suite 176
3  Fresno, California  93710
   Telephone: (559) 221-5256
4  Facsimile:  (559) 221-5262

5  Attorneys for Defendants, City of Madera, Officer Shant Sheklanian
   Officer Jason Gutknecht

6

7

8

9                    **IN THE UNITED STATES DISTRICT COURT**

10                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

11  JOHN JUSTIN JAMES,                    )  CASE NO.  1:08-CV-01943-OWW-GSA
                                          )
12            Plaintiff,                  )  **ORDER RE MOTIONS IN LIMINE OF**
                                          )  **DEFENDANT SHANT SHEKLANIAN**
13       vs.                              )
                                          )
14  SHANT SHEKLANIAN, JASON               )
    GUTKNECHT, MICHAEL B. KIME,           )
15  CITY OF MADERA, and DOES 1            )
    THROUGH 100, INCLUSIVE,               )  Trial Date: April 20, 2010
16                                        )
              Defendants.                 )
17  _____       )

18        The motions in limine of Defendant SHANT SHEKLANIAN came on for hearing on April

19  13, 2010.  The following rulings were made:

20        Motion in Limine No. 1, to preclude evidence not produced in discovery, is granted.

21        Motion in Limine No. 2, to preclude improper comments regarding damages, is granted.

22        Motion in Limine No. 3, to preclude evidence of liability insurance, is granted.

23        Motion in Limine No. 4, to preclude evidence of indemnification of Defendant by his

24  employer, is granted.

25        Motion in Limine No. 5, to exclude non-party witnesses from the courtroom, is granted.

26        Motion in Limine No. 6, to preclude references to alleged inadequate training or supervision,

27  is granted; however, plaintiff can inquire as to the extent of Officer Sheklanian's taser training and

28  circumstances under which he is authorized to use the taser.

_____
Order Re Defendant's Motions in Limine

1    Motion in Limine No. 7, to preclude evidence of Plaintiff's alleged peacemaking activity

2    prior to the arrival of the police officers to the scene, is denied; however, the jury will be instructed

3    that the officers are not tasked with knowledge of plaintiff's actions prior to their arrival.

4    Motion in Limine No. 8, to preclude evidence of any other complaints or lawsuits against

5    Defendant, or any other Madera Police Department officer, is granted.

6    Motion in Limine No. 9, to preclude evidence that Plaintiff's criminal case was dismissed,

7    is granted; however, the jury will be instructed as to the limited purpose for which the evidence will

8    be introduced and counsel is precluded from arguing or in any way inferring that the decision of the

9    District Attorney in dismissing the case is evidence that the arrest of plaintiff was unlawful.

10    Motion in Limine No. 10, to preclude evidence of the lack of an administrative

11    investigation, is granted.

12    Motion in Limine No. 11, to preclude use of video footage at trial, is reserved pending

13    presentation of further evidence on the issue.

14    Motion in Limine No. 12, to preclude evidence related to any officer's personnel file

15    including discipline or previous internal affairs complaints, is granted.

16

17    IT IS SO ORDERED.

18    **Dated:    April 20, 2010**                    **/s/ Oliver W. Wanger**
                                                      UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

---