Rosemary T. McGuire, Esq.  Bar No. 172549

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF MADERA, OFFICER SHANT SHEKLANIAN and OFFICER JASON GUTKNECHT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JUSTIN JAMES,<br><br>  Plaintiff,<br><br>  vs.<br><br>SHANT SHEKLANIAN, JASON GUTKNECHT, MICHAEL B. KIME, CITY OF MADERA, and DOES 1 THROUGH 100, INCLUSIVE,<br><br>  Defendants. | CASE NO. 1:08-CV-01943-OWW-GSA<br><br>**STIPULATION AND ORDER RE: NEW TRIAL DATE** |

The parties, through their respective counsel, have conferred and hereby stipulate to March 1, 2011, as the date for the new trial in this matter.

DATED: August 6, 2010                WEAKLEY, ARENDT & McGUIRE, LLP

                        By:    /s/ Rosemary T. McGuire
                               Rosemary T. McGuire
                               Attorneys for Defendants

DATED: August 6, 2010                THE DANIEL HARRALSON LAW FIRM

                        By:    /s/ Daniel Harralson
                               Daniel Harralson
                               Attorney for Plaintiff

Stipulation re New Trial Date

1 | IT IS SO ORDERED.

2 | **Dated:   August 12, 2010**            _____/s/ Oliver W. Wanger_____
                                            UNITED STATES DISTRICT JUDGE