1  James J. Arendt, Esq.         Bar No. 142937

2  WEAKLEY & ARENDT, LLP
   1630 East Shaw Avenue, Suite 176
3  Fresno, California   93710
   Telephone: (559) 221-5256
4  Facsimile:  (559) 221-5262

5  Attorneys for Defendant OFFICER SHANT SHEKLANIAN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN JUSTIN JAMES, | CASE NO. 1:08-CV-01943-OWW-GSA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE NEW TRIAL DATE** |
| SHANT SHEKLANIAN, JASON GUTKNECHT, MICHAEL B. KIME, CITY OF MADERA, and DOES 1 THROUGH 100, INCLUSIVE, | |
| Defendants. | |

The parties, through their respective counsel, have conferred and hereby stipulate to May 10, 2011, as the date for the new trial in this matter. The pre-trial conference will be scheduled for March 28, 2011, at 11:00 a.m.

DATED: February 11, 2011          WEAKLEY & ARENDT, LLP

                        By:    /s/ James J. Arendt
                               James J. Arendt
                               Attorneys for Defendants

DATED: February 11, 2001          THE DANIEL HARRALSON LAW FIRM

                        By:    /s/ Daniel Harralson
                               Daniel Harralson
                               Attorney for Plaintiff

///

Stipulation and Order Re New Trial Date

IT IS SO ORDERED.

**Dated:   February 17, 2011**                                  **/s/ Oliver W. Wanger**
                                                                                      UNITED STATES DISTRICT JUDGE