**Daniel L. Harralson, Esq., #109322**
Daniel L. Harralson Law Corporation
Post Office Box 26688
Fresno, California 93729-6688
Telephone (559) 486-4560
Facsimile (559) 486-4320

Attorney for Plaintiff:   JOHN JUSTIN JAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JUSTIN JAMES,<br><br>             Plaintiff,<br><br>vs.<br><br>SHANT SHEKLANIAN, JASON GUTKNECHT, CITY OF MADERA and DOES 1 through 100, inclusive,<br><br>             Defendants. | Case No. 1: 08cv01943 OWW-GSA<br><br>**STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND ORDER THEREON**<br><br>**Hearing Date: March 28, 2011**<br>**Time: 11:00 am**<br>**Courtroom: Honorable Judge Oliver Wanger**<br><br>Complaint Filed: 12/17/08<br>Trial: 05/10/11 |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the Pre Trial Conference in the above captioned matter now set for **March 28, 2011at 11:00 am, be continued to March 29, 2010 at 12:00 pm.**

The continuance is requested by counsel for Plaintiff, JOHN JUSTIN JAMES as Attorney Daniel L. Harralson must give Expert Testimony at trial on Monday, March 28, 2011 in the San Benito Superior Court in the matter of Cass v. Hernandez.

///

PDF created with pdfFactory trial version www.pdffactory.com

DATED: March 25, 2011                Respectfully Submitted,

**DANIEL L. HARRALSON LAW CORPORATION**


   /s/ Daniel Harralson
DANIEL L. HARRALSON
Attorney for Plaintiff

DATED: March 25, 2011                **WEAKLY & ARENDT, LLP**


   /s/ James J. Arendt
James J. Arendt
Attorney for Defendant

# ORDER
-----

*IT IS SO ORDERED* that the Pre-Trial Conference scheduled for March 28, 2011 at 11:00 am be continued to March 29, 2011 at 12:00 pm.


DATED: March 25, 2011                /s/ OLIVER W. WANGER
                                                  United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com