UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN JUSTIN JAMES, | ) | 1:08-cv-1943 OWW GSA |
| | ) | |
| Plaintiff, | ) | SUPPLEMENTAL STATUS |
| | ) | CONFERENCE ORDER |
| v. | ) | |
| | ) | Motion in Limine Date: |
| SHANT SHEKLANIAN, | ) | 5/6/11 12:00 Ctrm. 3 |
| | ) | |
| Defendant. | ) | Trial Date:  5/10/11 9:00 |
| | ) | Ctrm. 3 (JT-5 days) |

The parties appeared March 29, 2011 in anticipation of the May 10, 2011 trial date.

The Court confirmed that the Final Pretrial Order filed May 30, 2010, remains in effect and governs the trial of this action.

If any party believes that any new motions in limine need to be filed or that any amendment to the Final Pretrial Order is required, any such motion to amend shall be filed on or before April 25, 2011, with any proposed motions in limine accompanying said motion to amend.  The manifest injustice standard must be satisfied for any amendment.  Responses to the motion to amend and any proposed motions in limine shall be filed by May 4, 2011.

Any motion to amend the Final Pretrial Order and/or the new

///

1

or supplemental motions in limine shall be heard May 6, 2011 at 12:00 p.m. in Courtroom 3.

IT IS SO ORDERED.

Dated:   March 30, 2011                       /s/ Oliver W. Wanger
                                                  UNITED STATES DISTRICT JUDGE