# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

```
JOHN JUSTIN JAMES,

              Plaintiff,
                                         JUDGMENT IN A CIVIL ACTION
vs.
                                         1:08-cv-01943 OWW

SHANT SHEKLANIAN,

              Defendant.
_____/
```

Judgment is entered in this action in favor of Defendant Shant Sheklanian and against Plaintiff John Justin James on all plaintiff's claims, according to the verdicts of trial jury returned in open Court May 19, 2011. Defendant shall recover his costs of suit.

```
DATED: May 20, 2011                      VICTORIA C. MINOR, Clerk


                                              /s/ RENEE GAUMNITZ
                                         By:  Renee Gaumnitz,
                                              Deputy Clerk
```

PDF created with pdfFactory trial version www.pdffactory.com